George J. Epstein, Appellee, v. Edward A. Morris, Appellant.

Gen. No. 40,715.

opinion filed December 13, 1939. Isidore Brown, Albert Langeluttig and Abraham W. Brussell, for appellant; Abraham W. Brussell, of counsel; David I. Spark, for appellee. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. "Not to be published in full."